UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 1

| BLENDTEK FINE INGREDIENTS INC |
|---|
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

**S U M M O N S**

Court No. 25-00239

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Gina Justice
Clerk of the Court

**PROTEST**

| Port(s) of Entry: | 3801 & 3802 | Center (if known): | CEE009 |
|---|---|---|---|
| Protest Number: | See Attached Schedule | Date Protest Filed: | See Attached Schedule |
| Importer: | BLENDTEK FINE INGREDIENTS INC | Date Protest Denied: | See Attached Schedule |
| Category of Merchandise: | Food preparation & lubricant preparation | | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| See | Attached | Schedule | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Jason M. Kenner, Esq.
Sandler, Travis & Rosenberg, P.A.
286 Madison Avenue, Suite 1200
New York, NY 10017
212-549-0137/ jkenner@strtrade.com

**Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney**

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | Transaction value | Invoiced DDP value without deduction for non-dutiable charges |
| Protest Claim: | Transaction value | DDP value less non-dutiable charges |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| GPI Xantech DF40 GPI Xantech DF 40D | 3913.90.2015 9903.88.03 | 5.8% 25% | CA3403.00.0000 | Free |
| GPI Purexan 200AN | 3913.90.2015 9903.88.03 | 5.8% 25% | CA2106.90.9898 | Free |

| Other |
|---|
| State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: |
| Customs determination of country of origin, and in alternative, application of AD rate to value of entire merchandise rather than Chinese origin input, contrary to DOC instructions |

| The issue which was common to all such denied protests: |
|---|
| Correctness of customs appraisment, classification and origin determinations, including denial of NAFTA duty preference, and correctness of customs calculated AD assessment contrary to DOC instructions |

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/Jason M. Kenner
*Signature of Plaintiff's Attorney*

10/28/2025
*Date*

Form 1-3

## SCHEDULE OF PROTESTS

<u>CEE009</u>
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 380123108602 | 11/9/2023 | 10/22/2025 | HOC41091881 | 7/25/2019 | 7/14/2023 | 3801 |
| | | | HOC41106549 | 7/31/2019 | 7/28/2023 | 3801 |
| | | | HOC41113206 | 8/13/2019 | 7/28/2023 | 3801 |
| | | | HOC41115029 | 8/11/2019 | 7/28/2023 | 3801 |
| | | | HOC41115466 | 8/17/2019 | 7/28/2023 | 3801 |
| | | | HOC41116860 | 8/24/2019 | 7/28/2023 | 3801 |
| | | | HOC41119898 | 8/29/2019 | 7/28/2023 | 3801 |
| | | | HOC41119914 | 8/27/2019 | 7/28/2023 | 3801 |
| | | | HOC41130606 | 9/8/2019 | 7/28/2023 | 3801 |
| | | | HOC41131927 | 9/11/2019 | 7/28/2023 | 3801 |
| | | | HOC41132156 | 9/11/2019 | 7/28/2023 | 3801 |
| | | | HOC41133741 | 9/14/2019 | 7/28/2023 | 3801 |
| | | | HOC41134525 | 9/14/2019 | 7/28/2023 | 3801 |
| | | | HOC41135985 | 9/21/2019 | 7/28/2023 | 3801 |
| 380223105558 | 11/10/2023 | 09/23/2025 | HOC41131612 | 9/11/2019 | 7/28/2023 | 3802 |